**Order entered February 28, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00923-CV

## TAMILA CARROLL, Appellant

## V.

## DAVID MULLEN, Appellee

### On Appeal from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. CC-20-05193-A

## ORDER

Before the Court is appellee's February 18, 2022 motion for sanctions. We **DENY** the motion.

/s/     KEN MOLBERG
            JUSTICE